IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REX ANYANWU,<br>  Defendant. | CRIMINAL FILE NO.<br>1:12-CR-190-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 68] recommending denying the Defendant's Motion to Dismiss and to Strike [Doc. 50]. The Defendant's objections to the Report and Recommendation are without merit. The Defendant's Motion to Dismiss and to Strike [Doc. 50] is DENIED.

SO ORDERED, this 12 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge